

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00490-CR

Filiberto Ramon II a/k/a Filiberto Ramon
v.
The State of Texas

On appeal from the
197th District Court of Cameron County, Texas
Trial Cause No. 2016-DCR-897-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED AS MODIFIED. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

January 4, 2018